UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|                                      |   |                                    |
|--------------------------------------|---|------------------------------------|
| FRANK LAUDONIO,                      | : | CIVIL ACTION NO. 07-1595 (MLC)     |
|                                      | : |                                    |
|     Plaintiff,   | : | **MEMORANDUM OPINION**             |
|                                      | : |                                    |
|     v.           | : |                                    |
|                                      | : |                                    |
| A.A. AMERICAN MOVING &               | : |                                    |
| STORAGE, INC., et al.,               | : |                                    |
|                                      | : |                                    |
|     Defendants.  | : |                                    |
|                                      | : |                                    |

**THE COURT**, <u>inter alia</u>, ordering the parties to show cause why the action should not be transferred to the United States District Court for the District of Arizona (dkt. entry no. 7); and the remaining defendant, Stevens Worldwide Van Lines ("SWV"), in response, advising that it consents to a transfer, but further:

> advis[ing] the Court that the parties have reached a tentative settlement, which should obviate the need for a transfer. We are awaiting plaintiff's written confirmation of the settlement. Accordingly, we respectfully request that the Court enter a 30-day dismissal Order to afford the parties an opportunity to consummate the settlement

(dkt. entry no. 9, 7-10-07 Letter); and the Court advising the parties that it is the practice of this Court to enter 60-day dismissal orders; and thus the Court intending to (1) vacate the order to show cause without prejudice, and (2) dismiss the complaint insofar as asserted against SWV (a) without costs and (b) without prejudice to reopen the action insofar as brought

against SWV on good cause shown within 60 days if the settlement is not consummated; and the Court advising the parties that, even though the action will be marked as closed, to protect their interests they may submit a further stipulation of dismissal;[1] and for good cause appearing, the Court will issue an appropriate order and judgment.

                                    s/ Mary L. Cooper
                                **MARY L. COOPER**
                                United States District Judge

---

    [1] The Court has previously ordered that the action insofar as brought against the defendants A.A. American Moving & Storage, Inc., and Weichert Gold Services be marked as terminated.  (Dkt. entry no. 7.)